UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX JR., an individual,<br><br>                                Plaintiff,<br><br>v.<br><br>HOTCAKES 5 INC. d/b/a/ IHOP, a California Corporation; and DOES 1 through 10, inclusive,<br><br>                                Defendants. | Case No.:  20cv1856 DMS (BGS)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND AND TO EXTEND TIME TO EFFECT SERVICE** |

   This case comes before the Court on Plaintiff's motion for leave to amend the Complaint and to extend the time to effect service of process.  The motion is unopposed.

   Plaintiff requests leave to amend the Complaint to name the landlord of the subject property as a Defendant.  Given the liberal policy behind Federal Rule of Civil Procedure 15, and considering the factors relevant to the amendment inquiry, the Court grants Plaintiff's motion for leave to file a First Amended Complaint.  The Clerk of Court shall file the First Amended Complaint, which is attached as an Exhibit to the present motion.

/ / /

/ / /

/ / /

With the filing of First Amended Complaint, the Court also grants Plaintiff's motion to extend the time to effect service of process. Plaintiff shall serve the First Amended Complaint on or before **April 26, 2021**.

**IT IS SO ORDERED**.

Dated: March 30, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court